**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6425**

CHRIS FORDHAM,

Plaintiff - Appellant,

v.

CORRECTIONS OFFICER MANZOLA; CORRECTIONS OFFICER STEED; SERGEANT LEE LEWIS; W. FOX; MR. WILLIAMS; RN LEWIS; LPN AKUCHE; CORRECTIONS OFFICER THOMAS,

Defendants - Appellees,

and

WARDEN BRANKER,

Defendant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:16-ct-03099-BO)

Submitted: August 20, 2019                     Decided: September 5, 2019

Before NIEMEYER and MOTZ, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Christopher James Fordham, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher James Fordham appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fordham v. Manzola*, No. 5:16-ct-03099-BO (E.D.N.C. Mar. 13, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*